# UNITED STATES DISTRICT COURT

# DISTRICT OF KANSAS

| | |
|---|---|
| BRADY CAMPAIGN TO PREVENT GUN VIOLENCE, on its institutional behalf and on behalf of its members,<br><br>        Plaintiff,<br><br>    v.<br><br>SAM BROWNBACK, Governor of the State of Kansas, in his official capacity, and DEREK SCHMIDT, Attorney General of the State of Kansas, in his official capacity,<br><br>        Defendants. | Case No. |

## **AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Christopher Sousa.

2. I practice under the following firm name or letterhead:

   Name: MORRISON & FOERSTER LLP
   Address: 2000 Pennsylvania Ave., NW
   Washington, D.C. 20006-1888
   Telephone Number: 202.887.1500
   Fax: 202.887.0763
   Email address: CSousa@mofo.com

sd-644491

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| COURT | DATE OF ADMISSION | BAR NUMBER |
| --- | --- | --- |
| California | December 1, 2009 | 264874 |
| District of Columbia | February 3, 2014 | 1018547 |
| California — USDC – Southern | April 3, 2013 | n/a |
| California — USDC – Northern | December 2, 2010 | n/a |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

I state under penalty of perjury that the foregoing is true and correct.
Executed on _July 3, 2014_

_/s/ Christopher Sousa_
Christopher Sousa

sd-644491