UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| BRADY CAMPAIGN TO PREVENT GUN VIOLENCE, on its institutional behalf and on behalf of its members,<br><br>                Plaintiff,<br><br>     v.<br><br>SAM BROWNBACK, Governor of the State of Kansas, in his official capacity, and DEREK SCHMIDT, Attorney General of the State of Kansas, in his official capacity,<br><br>                Defendants. | Case No. |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Jonathan E. Lowy be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully Submitted,

WYRSCH HOBBS & MIRAKIAN, P.C.

By: /s/James R. Wyrsch
James R. Wyrsch     KS #70201
1000 Walnut, Suite 1600
Kansas City, MO  64106
jimwyrsch@whmlaw.wnet
Tel:    (816) 221-0080
Fax:    (816) 221-3280

*Attorneys for Plaintiff*