(Rev. 6/20/12)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

BRADY CAMPAIGN TO PREVENT GUN
VIOLENCE, on its institutional behalf and on
behalf of its members,

               Plaintiff,

     v.

SAM BROWNBACK, Governor of the State of
Kansas, in his official capacity, and DEREK
SCHMIDT, Attorney General of the State of
Kansas, in his official capacity,

               Defendants.

**CIVIL ACTION
CASE NO.**

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

      Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of

my knowledge, information and belief:

1.     My full name is: Jonathan E. Lowy

2.     I practice under the following firm name or letterhead:

     Name: Brady Center to Prevent Gun Violence, Legal Action Project

     Address: 840 First Street, NE, Suite 400, Washington, DC 20002

     Telephone Number: 202-370-8101

     Fax: 202-370-8102

     Email address:  jlowy@bradymail.org

(Rev. 6/20/12)

I have been admitted to practice in the following courts (here list the dates and places

of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| The Supreme Court of Virginia | 1988 | 29336 |
| The District of Columbia Court of Appeals (DC) | 1989 | 418654 |
| The United States Supreme Court (DC) | 2008 | N/A |
| The Supreme Court of Alaska (pro hac vice) (AK) | 2012 | N/A |
| The Supreme Court of Kansas (pro hac vice) (KS) | 2013 | N/A |
| Circuit Court of Milwaukee County (pro hac vice) (WI) | 2010 | N/A |
| Supreme Ct. of the State of New York, County of Erie (pro hac vice) (NY) | 2005 | N/A |
| United States District Court for the Northern District of Illinois (IL) | 2012 | N/A |

3.    I have reviewed D. Kan. Rule 83.5.4.  Pursuant to that rule I have retained local

counsel to assist in the representation in this case, and I agree that local counsel will

sign all pleadings or other papers and participate meaningfully in the preparation and

trial of the case or proceedings to the extent required by the Court.

4.    I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that

occurs during the progress of this case.

5.    I am in good standing in all bars of which I am a member.

6.    No disciplinary or grievance proceedings have been previously filed against me.

7.    No disciplinary or grievance proceedings are pending against me in any jurisdiction.

(Rev. 6/20/12)

8.   I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

9.   I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit.  I understand I will receive System-generated notices of electronic filing.

I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing information is true and correct.

SIGNED:_____

DATE:_____7-8-14_____