UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| BRADY CAMPAIGN TO PREVENT GUN VIOLENCE, on its institutional behalf and on behalf of its members,<br><br>        Plaintiff,<br><br>    v.<br><br>SAM BROWNBACK, Governor of the State of Kansas, in his official capacity, and DEREK SCHMIDT, Attorney General of the State of Kansas, in his official capacity,<br><br>        Defendants. | Case No. 14-cv-2327-JAR/KGG |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS**

COMES NOW Plaintiff, by and through counsel, and hereby move this Honorable Court for an order extending the time within which to file a Memorandum in Opposition to Defendants' Motion to Dismiss, filed on September 8, 2014 (Doc. #13), by fourteen days, to and including October 13, 2014.

**MEMORANDUM IN SUPPORT OF MOTION**

1. On or about July 9, 2014, Plaintiff filed its Complaint for Declaratory and Injunctive Relief (Doc. #1) to prevent Defendants, the Governor of the State of Kansas, Sam Brownback, and the Attorney General of the State of Kansas, Derek Schmidt, in their official capacities, and all other persons acting on behalf of the State of Kansas, under color of law, from continuing to give effect to or otherwise enforcing Kansas

Senate Bill 102, codified as K.S.A. §§ 50-1201 *et seq*., (hereinafter, "the Act"), which went into effect April 25, 2013.

2.  On or about July 29, 2014, Steve R. Fabert, Assistant Attorney General signed a Waiver of the Service of Summons on behalf of both Defendants Sam Brownback and Derek Schmidt.

3.  On or about September 8, 2014 (Doc. #13), Defendants filed a Motion to Dismiss for lack of subject matter jurisdiction and/or for failure to state a claim on which relief may be granted. Plaintiff's response is due on or before September 29, 2014.

4.  Plaintiff requires additional time to respond to the numerous issues presented by the Defendants' Motion to Dismiss.

5.  This extension of time is not sought for any improper purpose or delay, but rather to permit counsel adequate time to research and draft an appropriate Memorandum so that the interests of justice are served.

6.  Counsel for Plaintiff has contacted Steve Fabert, counsel for the Defendants, who has no objection to the requested extension.

7.  No harm or prejudice will be caused to any party by granting this motion.

WHEREFORE, Plaintiff prays the Court enlarge the time for filing its Memorandum in Opposition to Defendants' Motion to Dismiss (Doc. #13), for fourteen days, to and including October 13, 2014, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

s/James R. Wyrsch
James R. Wyrsch      KSD#70201
jimwyrsch@whmlaw.net
WYRSCH HOBBS MIRAKIAN, P.C.
1000 Walnut Street, Suite 1600
Kansas City, MO 64106
Telephone: 816.221.0080
Facsimile: 816.221.3280

Stuart C. Plunkett*
splunkett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

John Lanham*
jlanham@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Christopher Sousa*
csousa@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave. NW
Washington, D.C. 20006-1888
Telephone: 202.887.1508
Facsimile: 202.887.0763

Jonathan E. Lowy*
jlowy@bradymail.org
Elizabeth M. Burke
eburke@bradymail.org
Alla Lefkowitz*
alefkowitz@bradymail.org
BRADY CAMPAIGN TO PREVENT
GUN VIOLENCE – LEGAL ACTION
PROJECT
840 First Street NE, Suite 400
Washington, DC 20002
Telephone: 202.370.8104
Facsimile: 202.370.8102

*Admitted Pro hac vice

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2014, I electronically filed the foregoing with the clerk of the court by using CM/ECF system which will send a notice of electronic filing to the following:

Steve R. Fabert
Assistant Attorney General
For the State of Kansas

/s/James R. Wyrsch
Attorney for Plaintiff