IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BRADY CAMPAIGN TO PREVENT GUN VIOLENCE, on its institutional behalf and on behalf of its members**,<br><br>       **Plaintiff,**<br>   v.<br><br>**SAM BROWNBACK, Governor of the State of Kansas, in his official capacity, and DEREK SCHMIDT, Attorney General of the State of Kansas, in his official capacity,**<br><br>       **Defendants.** | Case No. 14-CV-2327-JAR/KGG |

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Defendants hereby move for an additional thirty (30) days in which to file their reply memorandum in support of their motion to dismiss (Doc. 13), to and including December 18, 2014. The due date for the reply memorandum now falls on November 18, 2014 pursuant to District Court Rule 6.1(d)(2) and the Court's prior extension order, and has not yet expired.

Counsel for plaintiff has been consulted and has expressed approval of the proposed extension. One prior extension of fourteen days has been granted.

An extension is needed because undersigned counsel has been fully occupied in preparing motions in litigation concerning the constitutionality of Kansas' marriage laws, in the Kansas Supreme Court, the United States Supreme Court, the Tenth Circuit Court of Appeals, and the United States District Court for the District of Kansas.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

<u>s/ Steve R. Fabert</u>
Steve R. Fabert, #10355
Assistant Attorney General
Memorial Bldg., 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 368-8420;
Fax: (785) 296-6296
Email: Steve.Fabert@ag.ks.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2014, I electronically filed the foregoing with the clerk of the court by using CM/ECF system which will send a notice of electronic filing to the following:

**Alla Lefkowitz**
Brady Center to Prevent Gun Violence, Legal Action Project
840 First Street NE, Suite 400
Washington, DC 20002
202-370-8105
Fax: 202-370-8102
Email: alefkowitz@bradymail.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Sousa**
Morrison & Foerster, LLP -- Washington
2000 Pennsylvania Avenue NW
Washington, DC 20006-1888
202-887-1500
Fax: 202-887-0763
Email: csousa@mofo.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John R. Lanham**

Morrison & Foerster, LLP -- San Diego
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
858-720-5100
Fax: 858-720-5125
Email: jlanham@mofo.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan E. Lowy**
Brady Center to Prevent Gun Violence, Legal Action Project
840 First Street NE, Suite 400
Washington, DC 20002
202-370-8101
Fax: 202-370-8102
Email: jlowy@bradymail.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stuart C. Plunkett**
Morrison & Foerster, LLP -- San Francisco
425 Market Street
San Francisco, CA 94105-2484
415-268-7000
Fax: 415-268-7522
Email: splunkett@mofo.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James R. Wyrsch**
Wyrsch Hobbs Mirakian, PC
1000 Walnut Street, Suite 1600
Kansas City, MO 64106
816-221-0080
Fax: 816-221-3280
Email: jimwyrsch@whmlaw.net
*ATTORNEY TO BE NOTICED*

                                      s/Steve Fabert
                                      Steve Fabert