UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| BRADY CAMPAIGN TO PREVENT GUN VIOLENCE, on its institutional behalf and on behalf of its members,<br><br>    Plaintiff,<br><br>  v.<br><br>SAM BROWNBACK, Governor of the State of Kansas, in his official capacity, and DEREK SCHMIDT, Attorney General of the State of Kansas, in his official capacity,<br><br>    Defendants. | Case No. 14-cv-2327-JAR/KGG |

**NOTIFICATION OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS**

COMES NOW Plaintiff Brady Campaign to Prevent Gun Violence ("Brady"), by and through its attorneys, and notifies this Honorable Court of supplemental authority in support of its Memorandum in Opposition to Defendants' Motion to Dismiss (Doc. #19), as follows:

This submission is to inform the Court that on March 31, 2015, the Supreme Court issued an opinion in *Armstrong v. Exception Child Center Inc.*, 575 U.S. ___, 2015 U.S. LEXIS 2329 (copy attached hereto as Exhibit A), that bears on issues raised by Defendants' Motion to Dismiss (Doc. #13) ("Motion"). In *Armstrong*, the Court held that private litigants may bring suit in equity for injunctive relief, in order "to prevent an injurious action by a public officer." 2015 U.S. LEXIS 2329, at *10 (internal citations

omitted).  According to the Court, private litigants' "ability to sue to enjoin unconstitutional actions by state . . . officers is a creation of the courts of equity, and reflects a long history of judicial review of illegal and executive action, tracing back to England."  *Id*. at *8 (internal citations omitted).

In their Motion to Dismiss, Defendants contend that Brady's claims are not cognizable in federal court because the "Supremacy Clause does not provide a cause of action to private litigants."  Motion at 14.  *Armstrong* clarifies that the injunction requested here is squarely within the equitable powers of this Court.  In *Armstrong*, the Supreme Court held that the plaintiffs, who were seeking higher reimbursements under section 30(A) of the Medicaid Act, could not bring a suit for injunctive relief against the state of Idaho because of (1) the "judicially unadministrable nature" of the provision's language; and (2) because Congress had sought to foreclose private enforcement of the provision by providing a legislative remedy for a state's violation of the Medicaid Act – namely withholding federal funds.  2015 U.S. LEXIS 2329 at *11-12.  This is in direct contrast to the situation presented here, where there is no alternative to an injunction that would provide relief from the State of Kansas's attempt to void federal gun law.  Brady requests equitable relief, and the Supremacy Clause provides the "rule of decision."  *Id*. at *6.  Without the requested injunction, the State of Kansas will be free to nullify federal gun laws by, among other things, purporting to immunize locally-made firearms (even those utilizing component parts from other states) from federal regulation.

                Respectfully submitted,

s/ James R. Wyrsch
James R. Wyrsch (KSD#70201)
jimwyrsch@whmlaw.net
WYRSCH HOBBS MIRAKIAN, P.C.
1000 Walnut Street
Suite 1600
Kansas City, MO 64106
Telephone:  816.221.0080
Facsimile:  816.221.3280

Stuart C. Plunkett
(*pro hac vice*)
splunkett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

John Lanham
(*pro hac vice*)
jlanham@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Christopher Sousa
(*pro hac vice*)
csousa@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave. NW
Washington, D.C. 20006-1888
Telephone:  202.887.1508
Facsimile:  202.887.0763

Jonathan E. Lowy
(*pro hac vice*)
jlowy@bradymail.org
Elizabeth M. Burke
(*pro hac vice*)
eburke@bradymail.org
Alla Lefkowitz
(*pro hac vice*)
alefkowitz@bradymail.org
BRADY CAMPAIGN TO PREVENT
GUN VIOLENCE – LEGAL ACTION
PROJECT
840 First Street NE, Suite 400
Washington, DC 20002
Telephone:  202.370.8104
Facsimile:  202.370.8102

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2015, I electronically filed the foregoing with the clerk of the court by using CM/ECF system which will send a notice of electronic filing to the following:

Steve R. Fabert
Assistant Attorney General
For the State of Kansas

/s/James R. Wyrsch
Attorney for Plaintiff