IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BRADY CAMPAIGN TO PREVENT GUN VIOLENCE, on its institutional behalf and on behalf of its members** )<br>)<br>)<br>)<br>      **Plaintiff,** )<br>  **v.** )<br>)<br>**SAM BROWNBACK, Governor of the State of Kansas, in his official capacity, and DEREK SCHMIDT, Attorney General of the State of Kansas, in his official capacity,** )<br>)<br>)<br>)<br>)<br>      **Defendants.** )<br>) | **Case No. 14-CV-2327-JAR/KGG** |

## RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff has filed a notice of supplemental authority pursuant to District Court Rule 7.1(f) (document 25), drawing the Court's attention to the case of ***Armstrong v. Exceptional Child Ctr., Inc.,*** 135 S. Ct. 1378, 2015 WL 1419423 (2015). The ***Armstrong*** decision does not provide support for plaintiff's arguments in opposition to defendants' motion to dismiss (document 13).

The central holding of ***Armstrong v. Exceptional Child Ctr., Inc.*** is that there is no implied constitutional cause of action to enforce the Supremacy Clause. There must instead be a Congressional grant of a private right to sue for violation of whatever federal law a plaintiff alleges to be supreme over the challenged state law. Without a Congressional grant of a private right to sue there is no federal cause of action that could support federal question jurisdiction based upon an alleged interest in the subject matter of the legislation in question. A footnote in ***Armstrong*** confirms that reliance on 42 U.S.C. §1983 would not cure the absence of an express Congressional grant of a private right to sue, citing ***Gonzaga Univ. v. Doe***, 536 U.S. 273, 283,

122 S.Ct. 2268, 153 L.Ed.2d 309 (2002). Brady Campaign relies on 42 U.S.C. §1983 for jurisdiction in this case.

*Armstrong v. Exceptional Child Ctr., Inc.* does not hold that federal subject matter jurisdiction exists whenever a plaintiff seeks equitable injunctive relief to prevent a violation of the Supremacy Clause. The opinion notes that equitable relief is potentially available in a case where the district court otherwise has jurisdiction over the parties to a justiciable case or controversy based upon a claim that enforcement of a state law against a plaintiff is preempted by a federal statute. But in this case plaintiff is seeking to enjoin laws which are not preempted by any federal statute, and which are not applicable to plaintiff. Because there has been no Congressional grant of a private cause of action to enforce the federal gun laws relied upon by Brady Campaign, and because no federal statute preempts the challenged Kansas statutes, the *Armstrong* case does not assist plaintiff in avoiding dismissal.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/ Steve R. Fabert
Steve R. Fabert, KS Sup. Ct. No. 10355
Assistant Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Phone: (785) 368-8420
Fax: (785) 291-3767
steve.fabert@ag.ks.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2015, I electronically filed the foregoing with the clerk of the court by using CM/ECF system which will send a notice of electronic filing to the following:

**Alla Lefkowitz**
Brady Center to Prevent Gun Violence, Legal Action Project
840 First Street NE, Suite 400
Washington, DC 20002
202-370-8105
Fax: 202-370-8102
Email: alefkowitz@bradymail.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Sousa**
Morrison & Foerster, LLP -- Washington
2000 Pennsylvania Avenue NW
Washington, DC 20006-1888
202-887-1500
Fax: 202-887-0763
Email: csousa@mofo.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John R. Lanham**
Morrison & Foerster, LLP -- San Diego
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
858-720-5100
Fax: 858-720-5125
Email: jlanham@mofo.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan E. Lowy**
Brady Center to Prevent Gun Violence, Legal Action Project
840 First Street NE, Suite 400
Washington, DC 20002
202-370-8101
Fax: 202-370-8102
Email: jlowy@bradymail.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stuart C. Plunkett**
Morrison & Foerster, LLP -- San Francisco
425 Market Street
San Francisco, CA 94105-2484
415-268-7000
Fax: 415-268-7522
Email: splunkett@mofo.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James R. Wyrsch**
Wyrsch Hobbs Mirakian, PC
1000 Walnut Street, Suite 1600
Kansas City, MO 64106
816-221-0080
Fax: 816-221-3280
Email: jimwyrsch@whmlaw.net
*ATTORNEY TO BE NOTICED*

                                                s/Steve R. Fabert
                                                Steve R. Fabert