# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| BRADY CAMPAIGN TO PREVENT GUN VIOLENCE, on its institutional behalf and on behalf of its members,<br><br>        Plaintiff,<br><br>v.<br><br>SAM BROWNBACK, et al.,<br><br>        Defendants. | Case No. 14-CV-2327-JAR |

**( )**    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(x)**    **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Memorandum and Order filed on June 5, 2015 (Doc. 27), that Defendants' Motion to Dismiss (Doc. 13) is **GRANTED.** This case is dismissed in its entirety without prejudice for lack of subject matter jurisdiction.

without prejudice.

      Dated: 6/5/2015

                                        TIMOTHY M. O'BRIEN, CLERK

                                        s/Bonnie Wiest
                                        Deputy Clerk